777 A.2d 1056

Johnny JENKINS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

June 21, 2001.

### ORDER

PER CURIAM:

AND NOW, this 21st day of June, 2001, the order of the Commonwealth Court is hereby AFFIRMED.